# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| RICHARD L COPPER, III § | Case No. 15-82036 |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 335,688.00                     Assets Exempt: 22,842.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,218.54       Claims Discharged
                                                 Without Payment: 535,480.32

Total Expenses of Administration: 5,781.46

---

3) Total gross receipts of $ 9,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 457,626.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,781.46 | 5,781.46 | 5,781.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,681.00 | 38,391.86 | 38,391.86 | 3,218.54 |
| **TOTAL DISBURSEMENTS** | $ 500,307.00 | $ 44,173.32 | $ 44,173.32 | $ 9,000.00 |

4)  This case was originally filed under chapter 7 on  08/06/2015 .  The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2016                    By:/s/BERNARD J. NATALE
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Lexus IS 300 | 1129-000 | 500.00 |
| Autographed books | 1129-000 | 200.00 |
| Camera Nikkon D40 | 1129-000 | 100.00 |
| Household goods and furnishings | 1129-000 | 1,000.00 |
| Sports memorobilia -- Baseball cards and autogra | 1129-000 | 200.00 |
| Preference Pymt - M Poper | 1241-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898 | | 407,082.00 | NA | NA | 0.00 |
| | Jpm Chase<br>Po Box 24696<br>Columbus, OH 43224 | | 50,544.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 457,626.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| BERNARD J. NATALE | 2200-000 | NA | 8.33 | 8.33 | 8.33 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BERNARD J. NATALE | 3110-000 | NA | 4,063.75 | 4,063.75 | 4,063.75 |
| BERNARD J. NATALE | 3120-000 | NA | 49.38 | 49.38 | 49.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 5,781.46** | **$ 5,781.46** | **$ 5,781.46** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Grou<br>Po Box 9438<br>Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 11,536.00 | NA | NA | 0.00 |
| | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 2,145.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 12,293.00 | NA | NA | 0.00 |
| | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508 | | 9,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lasalle Bk , | | 0.00 | NA | NA | 0.00 |
| | Michael C. Poper PC 130 Cass St Woodstock, IL 60098 | | 7,000.00 | NA | NA | 0.00 |
| | Springleaf Financial S 600 Nw 2nd St Evansville, IN 47708 | | 0.00 | NA | NA | 0.00 |
| | Stanisccontr 914 14th St Modesto, CA 953541011 | | 473.00 | NA | NA | 0.00 |
| | Stanisccontr 914 14th St Modesto, CA 953541011 | | 234.00 | NA | NA | 0.00 |
| | Syncb/Ethan Allen C/O Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/Gap Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/Gap Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wi Electric 333 W Everett Pob 2046 Milwaukee, WI 53201 |  | 0.00 | NA | NA | 0.00 |
|  | ABN AMRO MORTGAGE GROUP | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | NA | 11,536.47 | 11,536.47 | 967.15 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 2,145.75 | 2,145.75 | 179.89 |
|  | Bank of America N. A. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | CBNA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | CHASE AUTO | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Chase Bank USA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | CITI CARDS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Credit Management LP | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | Michael Poper, Pc | 7100-000 | NA | 14,637.19 | 14,637.19 | 1,227.09 |
|  | Spingleaf Financial Services | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Stanisc Contr | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | SYNCB/Ethan Allen | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SYNCB/Gap | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | U.S. Department Of Education | 7100-000 | NA | 10,072.45 | 10,072.45 | 844.41 |
| | WI Electric | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 42,681.00 | $ 38,391.86 | $ 38,391.86 | $ 3,218.54 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-82036 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD L COPPER, III | | | | Date Filed (f) or Converted (c): | 08/06/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 08/01/2016 | | | | Claims Bar Date: | 12/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 621 Clover, Algonquin, Illinois 60102 5br/5ba, S | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 10.00 | | 0.00 | FA |
| 3. Chase Bank Checking | 4,678.00 | 678.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 5. Sports memorobilia -- Baseball cards and autogra | 1,500.00 | 1,500.00 | | 200.00 | FA |
| 6. Autographed books | 500.00 | 500.00 | | 200.00 | FA |
| 7. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8. Camera Nikkon D40 | 200.00 | 200.00 | | 100.00 | FA |
| 9. Freedomroads LLC 401(k) Plan | 1,142.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Lexus IS 300 | 4,000.00 | 1,600.00 | | 500.00 | FA |
| 11. 8 year old labrador retreiver | 0.00 | 0.00 | | 0.00 | FA |
| 12. 5 year old dachsund | 0.00 | 0.00 | | 0.00 | FA |
| 13. Preference Pymt - M Poper (u) | 0.00 | Unknown | | 7,000.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $365,330.00   $7,488.00   $9,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREFERANCE SETTLEMENT APPROVED 4/6/2016. TRUSTEE WAITING TO COLLECT SETTLEMENT PROCEEDS AND THEN WILL FILE FINAL REPORT.

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| RE PROP # | 1  | -- | Imported from original petition Doc# 1 |
|-----------|----|----|----------------------------------------|
| RE PROP # | 2  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9  | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 08/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-82036 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | RICHARD L COPPER, III | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8186 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3613 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/01/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/16 | | Richard L Copper III | Compromise | | $2,000.00 | | $2,000.00 |
| | | | Gross Receipts  $2,000.00 | | | | |
| | 4 | | Household goods and furnishings  $1,000.00 | 1129-000 | | | |
| | 5 | | Sports memorobilia -- Baseball cards and autogra  $200.00 | 1129-000 | | | |
| | 6 | | Autographed books  $200.00 | 1129-000 | | | |
| | 8 | | Camera Nikkon D40  $100.00 | 1129-000 | | | |
| | 10 | | 2001 Lexus IS 300  $500.00 | 1129-000 | | | |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 04/18/16 | 13 | Michael C Poper PC 130 Cass Street Woodstock IL 60098 | Preference Payment from Michael Poper Check was not received in our office until April, 18, 2016, even though the check is dated February 18, 2016. | 1241-000 | $7,000.00 | | $8,990.00 |
| 05/26/16 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Distribution | | | $5,771.46 | $3,218.54 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.  ($1,650.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.  ($8.33) | 2200-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.  ($4,063.75) | 3110-000 | | | |

Page Subtotals:     $9,000.00     $5,781.46

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-82036 | Trustee Name: BERNARD J. NATALE |
| Case Name: RICHARD L COPPER, III | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8186 |
| | Checking |
| Taxpayer ID No: XX-XXX3613 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($49.38) 3120-000 | | | |
| 05/26/16 | 1102 | U.S. Department Of Education<br>P O Box 740283<br>Atlanta GA 303740283 | Final distribution to claim 1 representing a payment of 8.38 % per court order. | 7100-000 | | $844.41 | $2,374.13 |
| 05/26/16 | 1103 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Distribution | | | $1,147.04 | $1,227.09 |
| | | American Express Centurion Bank | Final distribution to claim 2 representing a payment of 8.38 % per court order. | ($967.15) 7100-000 | | | |
| | | American Express Centurion Bank | Final distribution to claim 3 representing a payment of 8.38 % per court order. | ($179.89) 7100-000 | | | |
| 05/26/16 | 1104 | Michael Poper, Pc<br>Atty Stephen G Balsley<br>6833 Stalter Drive<br>Rockford, Il 61108 | Final distribution to claim 4 representing a payment of 8.38 % per court order. | 7100-000 | | $1,227.09 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $0.00  $3,218.54

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8186 - Checking | $9,000.00 | $9,000.00 | $0.00 |
|  | $9,000.00 | $9,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |

Page Subtotals:　　　　　　　　　　　　$0.00　　　$0.00